Sol R. Malkin, Trading as Malkin, Glick and Malkin, Appellee, v. Arthur August, Trading as Preferred Builders of Chicago, and Arthur August Lumber and Supply Company, Appellant.

Arthur August, Trading as Preferred Builders of Chicago, and Arthur August Lumber and Supply Company, Appellant, v. Sol R. Malkin, Trading as Malkin, Glick and Malkin, Appellee.

Gen. No. 43,314.

Heard in the second division, first district, this court at the February term, 1945; opinion filed November 6, 1945; released for publication November 20, 1945. Rathje, Hinckley, Kulp & Sabel, for appellant; James P. Walsh and Joseph J. Sullivan, Jr., of counsel; Norman Asher, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

Sol R. Malkin, Trading as Malkin, Glick and Malkin, Appellee, v. Arthur August, Trading as Preferred Builders of Chicago, and Arthur August Lumber and Supply Company, Appellant. Continental Illinois National Bank and Trust Company, Garnishee.

Gen. No. 43,315.